_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: LATOYA S. LEWERS**                     **CHAPTER 13**

**DEBTOR**                                          **CASE NO. 20-10724 JDW**

**AGREED ORDER ON MOTION FOR RELIEF
AND MOTION TO ABANDON [Dkt. #10]**

(JDW)

This day this cause came on upon the Creditor's Motion for Relief from §362 Automatic Stay and for Abandonment of Property [Dkt. #10], ***and the response thereto by the Debtor (Dkt. # 13)*** and after proper noticing of said *motion,* the parties having reached an agreement regarding the motion, and the Court ~~being duly advised in the premises~~ does hereby order as follows:

1.  The Creditor's, Burch & Hurdle Collections, Motion for Relief from §362 Automatic Stay and for Abandonment of Property [Dkt. #10] is denied.

3.  In the event the Debtor is ever sixty days in default with her ongoing plan payments, Creditor shall provide a ten (10) day notice to the Debtor and the Debtor's attorney and file such Notice with the Court. If the Debtor fails to cure the default within 10 days, the stay shall be hereby lifted without further order of the Court.

4.  The 14-day stay described by Bankruptcy Rule 4001(a)(3) is waived, and WWC Finance, Inc., may execute on the collateral as allowed by law. Any sums received from the sale of

the collateral shall be credited to Debtors' account and a deficiency claim filed, if necessary.

#END OF ORDER#

**AGREED TO:**

**/s/ Robert H. Lomenick**
**Karen B. Schneller, MSB 6558**
**Robert H. Lomenick, MSB 104186**
**Attorney for Creditor**
**SCHNELLER & LOMENICK, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224**
**rlomenick@gmail.com**

**/s/ C. Gaines Baker**
**C. Gaines Baker, MSB 8643**
**Attorney for Debtor**
**Law Office of C. Gaines Baker**
**136 Public Square**
**C.G. Baker Building, Suite One**
**Batesville, MS 38606**
**662-563-9385**

**/s/ W. Jeffrey Collier**
**W. Jeffrey Collier,  MSB 10645**
**Attorney for Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**
**601-355-6661**