UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    LATOYA S. LEWERS                    CASE NO. 20-10724-JDW
                                              CHAPTER 13

### CERTIFICATE OF SERVICE

I, Rosamond H. Posey, attorney for American Manufactured Housing Services, Inc. ("AMHS"), hereby certify that I have served a true and correct copy of **Notice of Mortgage Payment Change**, to parties listed below, by placing said copies in the United States Mail, postage prepaid, to said party on January 14, 2022.

> Latoya S. Lewers
> 1445 Rock Hill Road
> Sardis, MS 38666
>
> C. Gaines Baker
> C.G. Baker Building, Suite One
> 136 Public Square
> Batesville, MS 38606
> cgbaker@panola.com
>
> Locke D. Barkley
> Chapter 13 Trustee
> 6360 I-55 North, Suite 140
> Jackson, MS 39211
>
> U.S. Trustee
> 501 E. Court Street, Suite 6-430
> Jackson, MS 39201

THIS, the 14th day of January, 2022.

> Respectfully submitted,
>
> AMERICAN MANUFACTURED HOUSING SERVICES, INC.
>
> BY: /s/ Rosamond H. Posey
> ROSAMOND H. POSEY (MSB# 101247)
> MITCHELL, McNUTT & SAMS, P.A.
> P.O. Box 947
> Oxford, MS 38655-0947
> (662) 234-4845

563041

Fill in this information to identify the case:

Debtor 1: **LATOYA S. LEWERS**

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: NORTHERN DISTRICT OF MISSISSIPPI

Case number: **20-10724-JDW**

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: **American Manufactured Housing, Inc.**   Court claim no. (if known): **16**

Last 4 digits of any number you use to identify the debtor's account: ___ ___ ___ ___

Date of payment change:
Must be at least 21 days after date of this notice   **02/01/2022**

New total payment:   $ **672.89**
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   **Insurance Renewal**

   Current escrow payment: $ **207.45**   New escrow payment: $ **127.57**

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %   New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1   Notice of Mortgage Payment Change   page 1

Debtor 1 _____   Case number (if known) 20-10724-JDW
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Rosamond H. Posey                              Date  1/14/2022
   Signature

Print:   Rosamond H. Posey                           Title  Attorney for AMHS
         First Name   Middle Name   Last Name

Company  Mitchell, McNutt & Sams, P.A.

Address  PO Box 947
         Number         Street

         Oxford                      MS      38655
         City                        State   ZIP Code

Contact phone  6622344845                            Email _____

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
### PROJECTIONS FOR COMING YEAR

**COMPANY**
New Idea Financial, Inc.
4800 Navy Rd., Suite 4
Millington TN 38053
(901) 873-0222

**ACCOUNT NO.**
**STATEMENT DATE** 1/5/2022

**BORROWER**
LATOYA LEWERS BK13
1445 ROCK HILL ROAD
SARDIS MS 38666

**NEW PAYMENT INFORMATION**

*If you have already received your billing statement, please adjust your bill to reflect the new payment amount reflected on this statement.*

| | |
|---|---|
| Principal and Interest | $545.32 |
| Escrow Payment | $127.57 |
| Shortage/Surplus | $0.00 |
| Deficiency | $0.00 |
| Other | $0.00 |
| **Payment Amount** | **$672.89** |
| **Effective Date** | **2/1/2022** |

New Idea Financial, Inc. analyzes your escrow account annually, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account projection below, is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account. If you have any questions, you may call our loan servicing department at (901) 873-0222. Please, give your account number when making inquiries by telephone or in writing. We urge you to keep this statement with your loan records for comparison with the actual activity in your account at the end of the escrow accounting computation year.

### ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR

| Month-Year | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance Projected | Escrow Account Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $16,843.04 | $382.66 |
| Feb-2022 | $127.57 | | | $16,970.61 | $510.23 |
| Mar-2022 | $127.57 | | | $17,098.18 | $637.80 |
| Apr-2022 | $127.57 | | | $17,225.75 | $765.37 |
| May-2022 | $127.57 | $585.79 | property tax | $16,767.53 | $307.15 |
| Jun-2022 | $127.57 | | | $16,895.10 | $434.72 |
| Jul-2022 | $127.57 | | | $17,022.67 | $562.29 |
| Aug-2022 | $127.57 | | | $17,150.24 | $689.86 |
| Sep-2022 | $127.57 | | | $17,277.81 | $817.43 |
| Oct-2022 | $127.57 | | | $17,405.38 | $945.00 |
| Nov-2022 | $127.57 | | | $17,532.95 | $1,072.57 |
| Dec-2022 | $127.57 | $945.00 | homeowners insurance | $16,715.52 | $255.14 |
| Jan-2023 | $127.57 | | | $16,843.09 | $382.71 |

Your ending balance from the last month of the account history is $16,843.04. Your starting balance according to this analysis should be $382.66.

This means you have a surplus of $16,460.38. This surplus must be returned to you unless it is less than $50, in which case we have the additional option of keeping it and lowering your payments accordingly. We are sending you a check for the surplus.

Your 2/1/2022 mortgage payment will be $672.89 of which $545.32 will be for principal and interest and $127.57 will go into your escrow account.

| Loan Account | Borrower Name | Reference | Description | Amount |
|---|---|---|---|---|
| 210018 | LATOYA LEWERS BK13 | | homeowners insurance | $945.00 |
| 210022 | David Odom | | homeowners insurance | $1,044.00 |
| 200053 | LULA MOSLEY | | Lula Mosley | $582.00 |
| | | | | $2,571.00 |

**New Idea Financial, Inc.**
BancorpSouth Escrow
17173550

BANCORP SOUTH
2910 W JACKSON ST
TUPELO MS
(888) 797-7711

**COPY**

NO. 120368

CHECK NO.
120368

| DATE | AMOUNT |
|---|---|
| 1/5/2022 | $2,571.00 |

—Two Thousand Five Hundred Seventy One and 00/100—

PAY TO THE ORDER OF    American Modern Insurance Company

COPY NOT NEGOTIABLE

COPY NOT NEGOTIABLE

# POLICY DECLARATIONS

American Modern Property and Casualty Insurance Company
**Manufactured Home**
**Renewal**



## Premium Summary

| | |
|---|---|
| Dwelling #1:<br>1445 ROCKHILL RD<br>SARDIS MS 38666-5008 | $925.00 |
| Policy Coverages | $20.00 |
| Additional Costs | $0.00 |

Note: a minimum earned premium of $100.00 applies to this policy.

## Policy Discounts
Paperless Discount
Claims Free Discount

## Policy Summary

**Policy Number:**
550

**Policy Period:**
01/04/2022 to 01/04/2023 12:01 A.M. Standard Time

**Named Insured(s):**
LATOYA NORWOOD
1445 ROCKHILL RD
SARDIS MS 38666-5008

**Contracted Agency:**
RICHARD C MOORE - #004620
6565 HWY 51 N
C/O DICK MOORE INC
MILLINGTON TN 38053

## Policy Coverages

| Coverage | Limit / Description | Premium |
|---|---|---|
| Personal Liability | 25,000 | $20.00 |
| Damage to Property of Others | 500 | |
| Medical Payments | 500 Per person/25,000 Per occurrence | Included |
| Animal Liability Sub-Limit | 10,000 | Included |
| Mold Exclusion - Personal Liability | | Included |
| | Policy Level Coverages Premium | $20.00 |

## Dwelling #1:  1445 ROCKHILL RD, SARDIS MS 38666-5008

| Occupancy: | Residence Type: | Year Built: | Territory: | Protection Class Code: | In Park of 26 or more spaces |
|---|---|---|---|---|---|
| Owner Occupied | Manufactured Home | 2002 | 9 | | No |

| Style: | Year Roof Replaced: | Model Year: | Make: | Model: | Serial Number: |
|---|---|---|---|---|---|
| Single-wide | 2002 | | Southern Energy Homes | SS series | SSDAL37322-1 |

### Additional Interests

| Description of Interest: | Name: | Address: |
|---|---|---|
| Lienholder | AMERICAN MANUFACTURED HOUSING SERVICES INC. | 6565 US HIGHWAY 51 NORTH, MILLINGTON TN 38053-7836 |

Loan/Contract Number: